## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Yulianny D. Aguilar-Linares,<br>Petitioner,<br><br>v.<br><br>Todd Lyons, et al.,<br>Respondents. | Civil No. 26-1122 (GLS) |

## JUDGMENT

In accordance with the Amended Opinion and Order issued at Docket No. 35, granting Petitioner's Writ of Habeas Corpus at Docket No. 4, and considering that Petitioner has been granted a bond hearing under 8 U.S.C. § 1226(a) (see Docket No. 37), this case is now **DISMISSED**.

**IT IS SO ORDERED.**
In San Juan, Puerto Rico, this 23rd day of April 2026.

s/Giselle López-Soler
GISELLE LÓPEZ-SOLER
United States Magistrate Judge